DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO GALARRAGA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3236

[March 11, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 99003598CF10A.

Mark H. Klein, MHK Legal, PLLC, Boca Raton, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Maye v. State*, 368 So. 3d 531 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024); *Wainwright v. State*, 411 So. 3d 392 (Fla. 2025) (holding that even if *Erlinger v. United States*, 602 U.S. 821 (2024) constitutes a change of law, it does not apply retroactively).

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***